UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **RODNEY SOULSBY, II,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) Case No. 5:22-CV-00069 |
| **ASHLYN D. VINT,** | ) ) ) |
| *Defendant.* | ) ) |

### RULE 12(b)(6) MOTION TO DISMISS

Defendant, Ashlyn D. Vint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss the Complaint filed herein on the ground that it fails to state a claim upon which relief can be granted. A Memorandum of Law in support of this Motion is being filed contemporaneously with this Motion.

WHEREFORE, Defendant, Ashlyn D. Vint, respectfully requests this Court to enter an Order that grants this Motion and dismisses the Complaint with prejudice. A proposed order that grants this Motion is attached hereto as **Exhibit 1**.

ASHLYN D. VINT
By Counsel

/s/ Kevin M. Rose
KEVIN M. ROSE (VSB No. 35930)
MICHAEL W. SHARP (VSB No. 89556)
MARY MARGARET HAWKINS (VSB No. 97016)
BotkinRose PLC
3190 Peoples Drive
Harrisonburg, VA 22801
(540) 437-0019 (telephone)
(540) 437-0022 (fax)
krose@botkinrose.com
msharp@botkinrose.com
mmhawkins@botkinrose.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **December 14, 2022**, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send via email a copy of such filing to all parties registered to receive electronic notice in this case. In addition, a copy of this pleading was sent via email to Plaintiff at rsoulsbyii@gmail.com and mailed via U.S. First Class Mail to Plaintiff at 405 14th Avenue, Vero Beach, Florida, 32962.

/s/ Kevin M. Rose
KEVIN M. ROSE (VSB No. 35930)
BotkinRose PLC
3190 Peoples Drive
Harrisonburg, VA 22801
(540) 437-0019 (telephone)
(540) 437-0022 (fax)
krose@botkinrose.com
*Counsel for Defendant*