# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**Ryan Soulsby, II**

vs.

**Ashlyn D. Vint**

Action No:   5:22cv69
Date:   6/20/2023
Judge:   Elizabeth K. Dillon
Court Reporter:   L. Blair
Deputy Clerk:   K. Anglim

Plaintiff Attorney(s)
Rodney Soulsby, II, Pro Se

Defendant Attorney(s)
Kevin Rose

PROCEEDINGS:
Parties present and by counsel via zoom for oral argument on Defendant's Motion to Dismiss for Failure to State a Claim (dkt. 7) and Plaintiff's Motion to Dismiss Defendant's Motion to Dismiss for Failure to State a Claim (dkt. 18)
Court Denies Plaintiff's Motion to Dismiss (dkt. 18)
Argument, Objections, Rebuttal as reflected in the record.
Court grants the motion to dismiss. (dkt 7)
Court grants Plaintiff 21 days to file an amended complaint. Defendant has 14 days to respond.

Time in Court:   10:00 – 10:25; 25 min